UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

CAROL HILL, et al                                **JOINT PRETRIAL ORDER**

                                            Plaintiff,    12-cv-8691

                       -against-

THE CITY OF NEW YORK, PATRICK QUIGLEY,
DANIEL CASELLA, BENIGNO GONZALES, BRADLEY
TIROL, LYHEEM OLIVER, SAMBATH OUK, JOSE
COFRESI & THE CITY OF NEW YORK

                                           Defendants.

------------------------------------------------------------------ x

**Hellerstein, District Judge**

Having conferred among themselves and with the Court pursuant to Rule 16, Fed. R. Civ. P., the parties adopt the following statements, directions, and agreements as the Pretrial Order:

I. The full caption of the action is as set forth above.

**ii. TRIAL COUNSEL:**

<u>For Plaintiff</u>

Michael Colihan, Esq.
44 Court Street, Room 906
Brooklyn, New York 11201
(718) 488-7788 Fax 718 816-4605

Philip J. Smallman

32 Court Street, Brooklyn, NY

For Defendants City of New York
ZACHARY CARTER
Corporation Counsel of the City of New York
By: AMANDA SCHOFFEL, Assistant Corporation Counsel

100 Church Street
New York, New York 10007
Tel: (212) 356-2249/2331/
Fax: (212) 788-9776

### iii. SUBJECT MATTER JURISDICTION

-

Plaintiff has brought this matter pursuant to 42 U.S.C. §1983. Subject matter jurisdiction lies because of the federal question presented by this case.

iv: Plaintiff has brought this claim pursuant to 42 U.S.C. §1983. The plaintiff claims that on September 20, 2012 he son Tyjuan Hill, without just cause, was shot and killed by one or more members of the New York City Police Department as named in the caption. This constitutes excessive force in violation of the plaintiff's Constitutional rights pursuant to 42 U.S.C. §1983 and the Due Process Clause of the Fourteenth Amendment to the United States Constitution as to the individually named defendants. In addition, plaintiff claims a conspiracy to deprive her of her Constitutional rights pursuant to 42 U.S.C. §1983 as to all the defendants and other employees of the City of New York. Plaintiff also brings a failure to intervene claim against all defendants to prevent or terminate the shooting which led to her son's death. Finally, plaintiff brings a state law cause of action for wrongful death and State Law Claim for *Respondeat Superior* against the City of New York as a result of same.

v. A marked copy of the pleadings is annexed as the Plaintiff's first exhibit to this Joint Pre Trial Order

### vi. JURY/NON-JURY:

This case is to be tried before a jury. Plaintiff estimates the matter will take approximately ten business days to be tried.

### vii. CONSENT TO TRIAL BY A MAGISTRATE JUDGE

The parties have not consented to a trial by a magistrate judge

### viii. STIPULATED FACTS

None

### ix. PLAINTIFF'S LIST OF WITNESSES:

1. Sgt. Patrick Quigley

2. Sgt. Daniel Casella,

3. Sgt. Maggie Clamp

4. Sgt. Gregory Tobin

5. Det. Christopher Florio

6. Detective Patrick Henn

7. Detective Thomas Jurewicz

8. Detective Joseph Christophe

9. P.O. Jose Cofresi

10. P.O. Benigno Gonzales

11. P.O. Lyheem, Oliver

12. P.O. Cairley Rivera

13. P.O. Sambath Ouk

14. P.O. Bradley Tirol,

15. Assistant District Attorney Charles Guria

16. Assistant District Attorney Michael Spannakos

17. Rachel Lange, MD

18. Jude Angelade

19. Jomo Cunningham

20. Brian Ellerby

21. Robert Davis

22. Suzette Smoot, also known as Suzette Pallares

23. Elana Emerson

24: Jose Garcia

25. Carol Hill

Defense Witnesses:

1. Sgt. Patrick Quigley

2. Sgt. Daniel Casella,

3 P.O. Jose Cofresi

4. P.O. Benigno Gonzales

5. P.O. Lyheem, Oliver

6 .P.O. Sambath Ouk

7 . P.O. Bradley Tirol

8. Charles Wetli, MD ( expert witness)

4. Defendants object to witnesses ADA's Guria and Spannakos. On July 16, 2016 the Court precluded the ADA's from testifying in this matter because there was no proper showing that these witnesses have potentially relevant information.

5. Defendants reserve the right to use and or introduce some or all of the exhibits listed by plaintiff.

6. Defendants reserve the right to amend or supplement these objections if and when they receive plaintiff's premarked exhibits.

## EXHIBITS:

### Plaintiff's Exhibits:

| Ex. # | Description | Basis for Objection |
|---|---|---|
| 1 | The NYPD CSU Diagram prepared in this case Run # 12-752-BNYC bates stamped NYC 01355 & 01356 ( one page) | *FRE 403, 403* |
| 2 | Interview of Sgt. Quigley NYC Bates stamped #1359-1340(Two Pages) | *FRE 402, 403, 802.* |
| 3 | Document labeled 76 Pct UMOS ShootingNYC Bates Stamped 01385 (One Page) | *FRE 402,403* |
| 4 | NYPD PERSONNEL PROFILE REPORT for def. PATRICK QUIGLEY NYC Bates Stamped 01393- 01394 | ***EXCLUDED FROM EVIDENCE*** |
| 5 | The first page of a report designated as " Firearms Discharge 076 Pct NYC Bates Stamped 01401 | FRE 402, 403 |
| 6 | A document of one page designated " Crime Scene Unit" NYC Bates Stamped # 01406 | FRE 402, 403 |
| 7 | A three (3) page document designated "NYPD- Omniform System- Complaints" NYC Bates Stamped 01421-01423) | *FRE 402 , 403* |

| | | |
|---|---|---|
| 8 | A one (1) page document designated 076 Precinct Tactical Plan) NYC Bates Stamped 01439 | |
| 9 | A three (3) page unsigned reports entitled " Firearms discharge, 76th Pct.' NYC Bates Stamped 01441- 01443 | FRE 402, 403 |
| 10 | A two ( 2) page document entitled NYPD Property Clerk Invoice # 3000127148 NYC bates Stamped 1320 - 1321 | FRE 402, 403 |
| 11 | AUTOPSY REPORT FOR TYJUAN HILL | *FRE 402, 403* |
| 12 | Audio taped interviews of the Patrol Guide Hearings of defendants Patrick Quigley, Daniel Casella, Gregory Tobin, Sambath Ouk, Benigno Gonzales, Bradley Tirol, Cariley Rivera, Lyheem Oliver and witness P.O. Rodriguez. There were provided on a disc labeled NYC Bates Stamped # 2264 | *FRE 402, 403, 802* |
| 13 | A one page document designated as NYPD CSU prepared by Det. Mathew dated 9/20/2012 detailing the injuries of defendant Patrick Quiqley | FRE 402, 403, 901 |
| 14 | A one page document described as " complaint- followup- informational # 5 recording an | *FRE 402, 403, 802* |

| | | |
|---|---|---|
| 15 | interview with Jomo Cunningham<br><br>LEFT BLANK | |
| 16. | A one page document described as " complaint- followup informational; # 38 and Bates Stamped NYC 16 | *FRE 402, 403* |
| 17. | A one page document described as " complaint- followup informational # 38 and Bates Stamped NYC 160 | *FRE 402, 403* |
| 18. | A one page document described as property clerk's invoice # S050564 NYC bates stamped 01620 | *FRE 402, 403* |
| 19. | A three page document described as Request for Laboratory Examination and Bates Stamped NYC 1621-23 | *FRE 402, 403* |
| 20. | A one page document described as Complaint follow up- medical examiner case and Bates Stamped NYC 1625 | *FRE 402, 403* |

| DESIGNATION | DESCRIPTION OF EXHIBIT | BASIS FOR OBJECTION |
|---|---|---|
| 21 | A one page document described as Complaint followup informational ME case and bates stamped NYC 1625 | FRE 402, 403 |
| 22 | Withdrawn by plaintiff | |
| 23 | A one page document described as Property clerk's invoice for 2 pairs of S & W handcuffs | FRE 402, 403 |
| 24 | One page document bates stamped NYC 1662 | FRE 402, 403 |
| 25 | A one page report bates stamped 1662 | FRE 402, 403 |
| 25 | Judgement against Jose Cofresi | FRE 402, 403, 802, 901 and subject of a motion |
| 2 | Minutes of testimony of Jose Cofresi In Martin v NYC | FRE 402, 403 802, 901 And subject of a motion |
| 27 | 3 page report bates stamped 2014-16 | |
| 28 | Excluded by the Court | |
| 29 | Excluded by the Court | |
| 30 | Audio recording of a 911 call by Suzette Smoot | FRE 402, 403, 802 and subject of a motion |
| 31 | Audio of a 911 call produced on NYC 828 | FRE 402, 403, 802, 901 |

| DESIGNATION | DESCRIPTION OF EXHIBIT | BASIS FOR OBJECTION |
|---|---|---|
| 32 | Audio of a 911 call produced on NYC 828 | FRE 402, 403, 802, 901 |
| 33 | CSU 5593 Hamilton Ave. Northbound at west 9th Street | FRE 402, 403 |
| 34 | CSU 5578 depicts Henry Street From the corner of Huntington Ave. | FRE 402, 403 |
| 35 | CSU 5578 depicts a pair of silver Handcuffs | FRE 402, 403 |
| 36 | CSU 557 depicts a pair of black Handcuffs | FRE 402, 403 |
| 37 | Left Blank | |
| 38 | Depicts can of OC Spray owned by Patrick Quigley | FRE 402, 403 |
| 39 | CSU 5558 depicts face of deceased | FRE 402, 403 |
| 40 | CSU 5557 depicts deceased | FRE 402, 403 |
| 42 | CSU 5556 depicts face of deceased | FRE 402, 403 |
| 44 | CSU 5549 depicts deceased | FRE 402, 403 |

| DESIGNATION | DESCRIPTION OF EXHIBIT | BASIS FOR OBJECTION |
|---|---|---|
| 41 | CSU 5556 depicts deceased | FRE 402, 403 |
| 42 | CSU 5549 deceased | FRE 402, 403 |
| 43 | CSU 5548 deceased | FRE 402, 403 |
| 44 (9) | Depicts Kel Tech 9mm pistol | FRE 402, 403 |
| 45 | Depicts deceased & Kel Tech 9mm Pistol | FRE 402 & 403 |
| 46 | Depicts deceased & Kel Tech 9mm Pistol | FRE 402 & 403 |
| 47 | CSU 5526 depicts deceased and Hamilton Ave. Westbound at 9th Street | FRE 402, 403 |
| 48 | CSU 1843 depicts defendant Lyheem Oliver | FRE 402, 403 |
| 49 | CSU 1842 depicts defendant Lyheem Oliver | FRE 402, 403 |
| 50 | CSU 1841 depicts defendant Lyheem Oliver | FRE 402, 403 |
| 51 | CSU 1840 depicts defendant Lyheem Oliver | FRE 402, 403 |
| 52 | CSU 1839 depicts defendant Lyheem Oliver | FRE 402, 403 |
| 53 | CSU 1832 depicts defendant Sambath Ouk | FRE 402, 403 |
| 53 | CSU 1843 depicts defendant Sambath Ouk | FRE 402, 403 53 |
| 54 | CSU 1831 depicts defendant Sambath Ouk | FRE 402, 403 5 |
| 54 | CSU 1830 depicts defendant Sambath Ouk | FRE 402, 403 |
| 55 | CSU 1829 depicts defendant Sambath Ouk | FRE 402, 403 |

| DESIGNATION | DESCRIPTION OF EXHIBIT | BASIS FOR OBJECTION |
|---|---|---|
| 56 | CSU 1828 depicts defendant Sambath Ouk | FRE 402, 403 |
| 57 | CSU 1827 depicts defendant Daniel Casella | FRE 402, 403 |
| 58 | CSU 1826 depicts defendant Daniel Casella | FRE 402, 403 |
| 59 | CSU 1825 depicts defendant Daniel Casella | FRE 402, 403 |
| 60 | CSU 1824 depicts defendant Daniel Casella | FRE 402, 403 |
| 61 | CSU 1822 depicts Cairley Rivera | FRE 402, 403 |
| 62 | CSU 1821 depicts Cairley Rivera | FRE 402, 403 |
| 63 | CSU 1820 depicts Cairley Rivera | FRE 402, 403 |
| 64 | CSU 1819 depicts Cairley Rivera | FRE 402, 403 |
| 65 | CSU 1818 depicts Cairley Rivera | FRE 402, 403 |
| 66 | CSU 1815 depicts defendant Patrick Quigley | FRE 402, 403 |
| 67 | CSU 1814 depicts defendant Patrick Quigley | FRE 402, 403 |
| 68 | CSU 1813 depicts defendant Patrick Quigley | FRE 402, 403 |
| 69 | LEFT BLANK | FRE 402, 403 |
| 70 | CSU 1812 depicts defendant Patrick Quigley | FRE 402, 403 |
| 71 | CSU 1811 depicts defendant Patrick Quigley | FRE 402, 403 |

| DESIGNATION | DESCRIPTION OF EXHIBIT | BASIS FOR OBJECTION |
|---|---|---|
| 72 | CSU 1815 depicts defendant Bradley Tirol | FRE 402, 403 |
| 73 | CSU 1809 depicts defendant Bradley Tirol | FRE 402, 403 |
| 73 | CSU 1808 depicts defendant Bradley Tirol | FRE 402, 403 |
| 74 | CSU 1807 depicts defendant Bradley Tirol | FRE 402, 403 |
| 75 | CSU 1806 depicts defendant Bradley Tirol | FRE 402, 403 |
| 76 | CSU 1805 depicts defendant Benigno Gonzales | FRE 402, 403 |
| 77 | CSU 1804 depicts defendant Benigno Gonzales | FRE 402, 403 |
| 78 | CSU 1803 depicts defendant Benigno Gonzales | FRE 402, 403 |
| 79 | CSU 1802 depicts defendant Benigno Gonzales | FRE 402, 403 |
| 80 | CSU 1801 depicts defendant Benigno Gonzales | FRE 402, 403 |
| 81 | Diagram of a human body face down | |

DEFENDANT'S EXHIBITS:

| Designation | Description of Exhibit | Basis for Objection |
| --- | --- | --- |
| A | Keltech 9mm firearm, magazine & Cartridges | FRE 402, 403 |
| B | Voucher for Keltech 9mm firearm, Magazine & Cartridges | FRE 402, 403 |
| C | Radio Transmission | FRE 402, 403 |
| D | Surveillance video from the corner of Huntington & Henry Street | FRE 402 , 403 |
| E | DNA Report | FRE 402, 403 |
| F | Still photographs from cell phone video | FRE 402,403 |
| G | SPRINT REPORT | FRE 402, 403 |

DATED: New York, NY
      September         , 2016

| | |
|---|---|
| MICHAEL COLIHAN | ZACHARY W. CARTER |
| Attorney for Plaintiff | Corporation Counsel of the City of New York |
| 44 Court Street, Room 906 | Attorney for Defendants |
| Brooklyn, NY 11201 | 100 Church Street |
| 11201 | New York, NY 10007 |
| (718) 488-7788 | (212) 356- 2249/2331 |
| | |
| BY: /s/ | /s/ |
| MICHAEL COLIHAN | AMANDA SHOFFEL |
| | MATTHEW MODAFFERI |

SO ORDERED:----------------------------------------------
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT COURT JUDGE