UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL HILL, as Administratrix of the Estate of Tyjuan Hill, deceased; and CAROL HILL, individually,

    Plaintiff,

– against –

SGT. PATRICK QUIGLEY,

    Defendant.

No. 12-CV-8691 (AKH)

DECLARATION OF DAVID B. SHANIES IN SUPPORT OF PLAINTIFF'S RULE 59 MOTION

DAVID B. SHANIES, being duly sworn, deposes and says the following under penalty of perjury:

1. I am an attorney for Plaintiff Carol Hill in this action and, as such, I am fully familiar with the matters set forth in this Declaration.

2. Attached hereto as Exhibit 1 is the transcript to the *Daubert* hearing of November 7, 2017.

3. Attached hereto as Exhibit 2 is the transcript of the Final Pretrial Conference dated March 8, 2018.

4. Attached hereto as Exhibit 3 are relevant excerpts of the Second Trial transcript.

5. Attached hereto as Exhibit 4 is the transcript of the conference dated March 5, 2018.

6. Attached hereto as Exhibit 5 are relevant excerpts of the First Trial transcript.

Executed on: May 25, 2018
New York, New York

By: /s/ David B. Shanies
David B. Shanies
411 Lafayette Street, Sixth Floor
New York, New York 10003
(212) 951-1710